ALEXANDER E. WOLF (SBN 299775)
awolf@milberg.com
CHIAMAKA ECHEBIRI (*pro hac vice*)
cechebiri@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

Attorneys for Plaintiff

CHRISTOPHER V. LANGONE (*pro hac vice*)
langonelaw@gmail.com
RAFAEL R. GARCIA-SALGADO (SBN 283230)
rafaelramongarcia@gmail.com
**LANGONE LAW**
205 North Michigan Ave. Ste. 810
Chicago, IL 60601-5902
Tel: 312-720-9191

Attorneys for Defendant
OPTICSPLANET, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CONSTANTINE POULOPOULOS, individually, and on behalf of all similarly situated persons,

Plaintiff,

v.

OPTICSPLANET, INC.,

Defendant.

Case No. 2:24-cv-02511-JLS-KS

Hon. Josephine L. Staton

**NOTICE OF SETTLEMENT**

# NOTICE OF SETTLEMENT

Pursuant to Section 19 of the Court's procedures, Plaintiff Constantine Poulopoulos, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant OpticsPlanet, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby state they have reached a class settlement in this matter.

The Parties are working diligently to document and execute the settlement agreement. And following execution, Plaintiff will prepare a motion for preliminary approval of the proposed settlement for the Court's consideration. The Parties expect to present the proposed settlement to the Court within 30 days.

Accordingly, the Parties respectfully request that the Court enter an order staying all proceedings pending submission of the proposed settlement to the Court.

Dated: June 30, 2025

*<u>/s/ Alexander E. Wolf</u>*
Alexander E. Wolf
awolf@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

Attorneys for Plaintiff

*<u>/s/ Christopher V. Langone</u>*
Christopher V. Langone
langonelaw@gmail.com
**LANGONE LAW**
205 North Michigan Ave. Ste. 810
Chicago, IL 60601-5902
Tel: 312-720-9191

Attorneys for Defendant

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document is acceptable to counsel for all parties and that I obtained counsel's authorization to file this document.

*/s/ Alexander E. Wolf*
Alexander E. Wolf