UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 24-02511-JLS-(KSx) | Date | November 7, 2025 |
|---|---|---|---|
| Title | Constantine Poulopoulos v. Opticsplanet, Inc. | | |

**PRESENT: HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Miranda Algorri |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Alexander Wolf | Rafael Garcia-Salgado |

**PROCEEDINGS:** Motion for Settlement Approval of Preliminary Approval of Class Settlement (Unopposed) filed by Plaintiff Constantine Poulopoulos [53]


    The case is called and counsel state their appearance. Court and counsel confer. The motion hearing is held. The Court takes the motion under submission and a written order will issue.


: 23

Initials of Clerk: kd