ALEXANDER E. WOLF (SBN 299775)
awolf@milberg.com
**MILBERG, PLLC**
280 South Beverly Drive, PH
Beverly Hills, CA 90212
Tel: 872-365-7060

Attorneys for Plaintiff

CHRISTOPHER V. LANGONE (*pro hac vice*)
langonelaw@gmail.com
RAFAEL R. GARCIA-SALGADO (SBN 283230)
rafaelramongarcia@gmail.com
**LANGONE LAW**
205 North Michigan Ave. Ste. 810
Chicago, IL 60601-5902
Tel: 312-720-9191

Attorneys for Defendant
OPTICSPLANET, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CONSTANTINE POULOPOULOS, individually, and on behalf of all similarly situated persons,

Plaintiff,

v.

OPTICSPLANET, INC.,

Defendant.

Case No. 2:24-cv-02511-JLS-KS

Hon. Josephine L. Staton

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Constantine Poulopoulos ("Plaintiff") and Defendant OpticsPlanet, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal upon a "stipulation of dismissal signed by all parties who have appeared"). Each party shall bear its own fees and costs.

Dated: January 16, 2026

Respectfully Submitted,

*/s/ Alexander E. Wolf*
Alexander E. Wolf (SBN 299775)
awolf@milberg.com
**MILBERG, PLLC**
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212
Tel: 872-365-7060

Attorneys for Plaintiff

*/s/ Christopher V. Langone*
Christopher V. Langone (*pro hac vice*)
langonelaw@gmail.com
**LANGONE LAW**
205 North Michigan Ave. Ste. 810
Chicago, IL 60601-5902
Tel: 312-720-9191

Attorneys for Defendant

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the contents of this document is acceptable to counsel for all parties and that I obtained counsel's authorization to file this document.

*/s/ Alexander E. Wolf*
Alexander E. Wolf